UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IDEAL IMAGE DEVELOPMENT
CORPORATION and IDEAL
IMAGE OF RHODE ISLAND, LLC,

    Plaintiffs,

v.                                                  Case No. 8:20-cv-2671-T-60SPF

ALYSSA MILLAR,

    Defendant.
_____/

## ORDER

This matter comes before the Court upon the parties' Joint Motion and Stipulation for the Entry of a HIPAA Qualified Protective Order (Doc. 23). The attached proposed "HIPAA Qualified Protective Order and Order to Disclose Protected Health Information" (Doc. 23-1) sets forth the process by which the parties agree, to facilitate anticipated discovery relating to medical records of certain of Plaintiffs' patients, to handle the exchange of this information and documentation while preserving the privacy of non-parties whose personal, medical, or other information is included in this information or documentation. A core issue in this civil action relates to cosmetic skin care services Plaintiff provides its patients and whether Defendant (Plaintiff's former employee) misappropriated treatment information in violation of the non-competition, non-solicitation, and confidentiality obligations of her Employee Obligation Agreement. As such, the Court finds good cause to issue the protective order. *See* Fed R. Civ. P. 26(c). Accordingly, upon due consideration, it is hereby **ORDERED**:

Plaintiffs' Joint Motion and Stipulation for the Entry of a HIPAA Qualified Protective Order (Doc. 23) is **GRANTED**, and the proposed method by which the parties agree to

handle the exchange and protection of the HIPAA protected information is **APPROVED** and incorporated herein with the clarification that, notwithstanding this Order, any party seeking to file a document under seal shall first seek leave in conformance with Local Rule 1.09(a).

    **ORDERED** in Tampa, Florida, this 8th day of December, 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE